[No. 25101–5–I.  Division One.  April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAYNE A. THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–04473–2, Steven G. Scott, J., entered November 2, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 25635–1–I.  Division One.  April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GERARDO J. SILVA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–05746–4, Terrence A. Carroll, J., entered February 12, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 25468–5–I.  Division One.  April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT COGGLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–03971–2, Maurice M. Epstein, J., entered January 10, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 25186–4–I.  Division One.  April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LIONEL IRVING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–04069–3, Frank L. Sullivan, J., entered November 3, 1989. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.